AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| SHERMAN LAVELL GUY | Case No.   2:02CR20003-001 and 2:13CR20054-001 |
|  | USM No.   06167-010 |
|  | James Pierce |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations:    1 and 2    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Mandatory Condition: New Law Violation | September 27, 2021 |
| 2 | Standard Condition # 7: Possession of Controlled Substance | September 27, 2021 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated violation(s); _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   6500

Defendant's Year of Birth:   1958

City and State of Defendant's Residence:
Fort Smith, Arkansas

June 22, 2022
Date of Imposition of Judgment

/s/ P.K. Holmes, III
Signature of Judge

Honorable P.K. Holmes, III, U.S. District Judge
Name and Title of Judge

June 22, 2022
Date

Judgment — Page 2 of 2

DEFENDANT: SHERMAN LAVELL GUY

CASE NUMBER: 2:02CR20003-001
2:13CR20054-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Twenty-four (24) months in Case No. 2:02CR20003-001 and Case No. 2:13CR20054-001 to run concurrently to each other. There is no term of supervised release to follow the term of imprisonment.**

☒ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant participate in the nonresidential drug abuse program while in the Bureau of Prisons.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL